## NORTHERN INDIANA GAS AND ELECTRIC COMPANY v. THOMAS.

[No. 11,097.　Filed December 23, 1921.]

MASTER AND SERVANT.—*Workmen's Compensation Act.—Appeal from Award.—Weighing Evidence.*—On appeal from an award of compensation, where there is competent evidence to sustain the award, the court will not weigh the evidence to determine its sufficiency.

From the Industrial Board of Indiana.

Proceeding for compensation under the Workmen's Compensation Act by Vernie Thomas against the Northern Indiana Gas and Electric Company. From an award for applicant, the defendant appeals.　*Affirmed.*

*Bomberger, Peters & Morthland,* for appellant.

*W. H. Eichhorn* and *John H. Edris,* for appellee.

REMY, J.—The only question involved in this appeal is the sufficiency of the evidence to sustain an award of the Industrial Board. It appears from the record that there is competent evidence to sustain the award. Under such circumstances this court will not weigh the evidence.

Affirmed.